IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SAVANNA HENDERSON**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 5:24-CV-5232**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                      **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on July 23, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. The decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 7th day of August, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE