IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SAVANNA HENDERSON**                                                                                          **PLAINTIFF**

V.                                            **CASE NO. 5:24-CV-5232**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 24) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated November 10, 2025, regarding the Motion for Attorney's Fees (Doc. 20) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 20) is **GRANTED**, and the Court hereby **APPROVES** as reasonable the parties' Stipulation for the recovery of **$8,000** in fees by Plaintiff and **AWARDS** these amounts to be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 1st day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE